IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID W. BERGER                                                                                        PLAINTIFF

vs.                                              Civil No. 3:06-CV-03022

MICHAEL J. ASTRUE
Commissioner, Social Security Administration                                          DEFENDANT

## JUDGMENT

Now on this 30th day of November, 2007, comes for consideration the Report and Recommendation, dated September 26, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, **GRANTS IN PART** Plaintiff's attorney's motion for attorney's fees (Doc. No. 9), and awards $1,657.02 in EAJA fees.

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE